# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

City of Cincinnati, et al.,
    Plaintiffs

vs.                                        Case No. 1:15-cv-185

PE Alms Hills Realty, LLC,
et al.,
    Defendants

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that this case is remanded to the Hamilton County Court of Common Pleas.


Date: July 13, 2015                                Richard W. Nagel, Clerk


                                                           By: s/Mary C. Brown
                                                           Mary C. Brown, Deputy Clerk